■ In the Matter of LAURIE J. WHITING, Respondent, v JOSEPH J. PALUMBO, Appellant. [901 NYS2d 896]—Appeal from an order of the Family Court, Onondaga County (Martha E. Mulroy, J.), entered September 14, 2009. The order, among other things, adjudged that respondent willfully failed to obey an order of child support.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Martoche, J.P., Fahey, Carni, Sconiers and Green, JJ.